1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

**FILED**

MAR 1 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE SEIZURE OF:      2:12 - SW 00128    EFB

12  50% INTEREST IN THE $250,000.00       ORDER RE: REQUEST TO SEAL
    PROMISSORY NOTE SECURED BY REAL       DOCUMENTS
13  PROPERTY LOCATED AT 2129 EAST
    MAIN STREET, VISALIA, CALIFORNIA,
14  TULARE COUNTY, APN: 098-110-026,
    INCLUDING ALL APPURTENANCES AND
15  IMPROVEMENTS THERETO,

16  5.0607% INTEREST IN CHINA ROAD,
    LLC, HELD IN THE NAME OF
17  PACIFIC FACILITIES & DEVELOPMENT,     SEALED
    LLC,
18

19  51% INTEREST IN EARTHSAVERS
    EROSION CONTROL, LLC, HELD IN THE
20  NAME OF DARRELL HINZ,

21  2,363 SHARES OF GREATER
    SACRAMENTO BANCORP HELD
22  IN THE NAME OF DARRELL HINZ,

23  2,363 SHARES OF GREATER
    SACRAMENTO BANCORP HELD IN THE
24  NAME OF GREGORY S. BAKER,

25  ANY AND ALL OWNERSHIP INTEREST
    IN DOUBLE CREEK RANCH, LLC, HELD
26  IN THE NAMES OF DARRELL HINZ,

27

28

                          1                    Order re: Request to Seal Documents

1   ANY AND ALL OWNERSHIP INTEREST
2   IN DOUBLE CREEK RANCH, LLC, HELD
    IN THE NAMES OF GREGORY BAKER,

3   ALL FUNDS MAINTAINED AT 49ER
4   CREDIT UNION BANKACCOUNT
    NUMBER 1096173, HELD IN THE
5   NAMES OF GREGORY S. BAKER AND
    DARRELL HINZ, WITH AN
6   APPROXIMATE BALANCE OF $50,293
    (PLUS ACCRUED INTEREST),

7   2010 MERCEDES-BENZ CLS550, VIN:
8   WDDDJ7CB3AA165644, LICENSE
    NUMBER 6SYA458,

9   $1,931,118.00 INTEREST IN THE
10  $2,437,500.00 PROMISSORY NOTE
    SECURED BY REAL PROPERTY
11  LOCATED ON PLACER CORPORATE
    DRIVE, ROCKLIN, CALIFORNIA,
12  PLACER COUNTY, APN: 017-270-070,
    INCLUDING ALL APPURTENANCES
13  AND IMPROVEMENTS THERETO, and

14  ALL FUNDS MAINTAINED AT
    PREMIERWEST BANKACCOUNT
15  NUMBER 083500859, UP TO AND
    INCLUDING $62,576,

16                DEFENDANTS.

17  _____

18      Upon application of the United States of America and good cause having been

19  shown,

20      IT IS HEREBY ORDERED that the seizure warrants and seizure warrant

21  affidavit underlying the seizure warrants in the above-captioned proceeding shall be

22  filed under seal and shall not be disclosed to any person until the seizure warrants are

23  executed or otherwise ordered by this Court, with the exception that a copy of the

24  seizure warrants will be left at the scene of the seizures and provided to the account

25  holder.

26  Date: 3-15, 2012

27

28                                  EDMUND F. BRENNAN
                                    United States Magistrate Judge

                    2                    Order re: Request to Seal Documents